Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

Richard Schafer, et al.,                    **JUDGMENT IN A CIVIL CASE**
                                                                 CASE NUMBER: 19-CV-6907

    v.

Direct Energy Services, LLC,

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff Richard Schafer's claims are Dismissed with Prejudice, and Plaintiff William Underwood's claim is Dismissed Without Prejudice.

Date: August 24, 2020                                       MARY C. LOEWENGUTH
                                                               CLERK OF COURT

                                                               By: Barbara Keenan
                                                                   Deputy Clerk