AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

WESTERN District of NY

| | |
|---|---|
| RICHARD SCHAFER <br> *Plaintiff* <br> v. <br> DIRECT ENERGY SERVICES, LLC <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 19-CV-6907 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Judgment is granted in favor of the defendant, Direct Energy Services, LLC against plaintiff, Richard Schafer. Case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Frank P. Geraci, Jr. on a motion for summary judgment.

Date: 10/05/2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*