**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of Western New York

File Number 6:19-cv-06907-FPG

Richard Schafer                                     )
                                                    )
            *Plaintiff,*                            )
    v.                                              )          Notice of Appeal
                                                    )
Direct Energy Services, LLC                         )
                                                    )
            *Defendant.*                            )

Notice is hereby given that Richard Schafer, (plaintiffs) (~~defendants~~) in the above-named case*, hereby appeal to the United States Court of Appeals for the Second Circuit (from the final judgment) (~~from an order (describing it)~~) entered in this action on the 5th day of October, 2022.

/s/
Michael Aschenbrener

Attorney for Plaintiff
Address: KamberLaw, LLC, 201 Milwaukee St., Denver, CO 80206

[**Note to inmate filers:** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

---

*See Rule 3(c) for permissible ways of identifying appellants